UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NINEL STRAVNCHINSKY and ALFRED,     JUDGMENT
STRAVCHINSKY,     04-CV- 4127 (DLI)

                     Plaintiffs,

   -against-

COSTCO WHOLESALE CORP.,

                     Defendant.
-----------------------------------------------------------------X

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 1, 2005, dismissing the action for failure to prosecute; it is

        ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that judgment is hereby entered dismissing the action for failure to prosecute.

Dated: Brooklyn, New York
          September 13, 2005

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court